UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| RACHEL W. LASALLE | CIVIL ACTION NO. 05-0612 |
| VS. | JUDGE DOHERTY |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and that this case is **REMANDED** under the fourth sentence of 42 U.S.C. § 405(g), and upon remand, the ALJ shall conduct a *de novo* hearing and review.[1]

Lafayette, Louisiana this 16 day of _____, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT

---

[1] Any judgment entered herewith will be a "final judgment" for purposes of the Equal Access to Justice Act (EAJA). See, Richard v. Sullivan, 955 F.2d 354 (5th Cir. 1992) and Shalala v. Schaefer, 509 U.S. 292 (1993).